UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

**CIVIL ACTION NO. 08-298-JBC**

**JEFFERY C. CAUDILL,**                                                  **PLAINTIFF,**

**V.**            **MEMORANDUM OPINION AND ORDER**

**JOHN SCOTT FELDER, ET AL.,**                                **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on a motion to dismiss by defendant John Scott Felder in his official capacity (R. 2). The court, having reviewed the record and being otherwise sufficiently advised, will grant the motion.

The plaintiff, Jeffrey Caudill, claims that Felder violated the plaintiff's federal civil rights by effecting an unlawful arrest, that the defendant used excessive force during the arrest, and that the defendant maliciously prosecuted the plaintiff.

Defendant Felder moves to dismiss the claims against him in his official capacity. He argues that he possesses Eleventh Amendment immunity from the plaintiff's federal claims, and governmental/official immunity from the plaintiff's state law claims. *See Turker v. Ohio Dept. of Rehabilitation and Corrections*, 157 F.3d 453, 456 (6th Cir. 1998); *Yanero v. Davis*, 65 S.W.3d 510, 519 (Ky. 2001).

The plaintiff responds that he "does not purport to have a claim against the Commonwealth of Kentucky (Kentucky State Police) through its employee, John Scott Felder, under the pleadings in this case." R. 4, at 2. While preserving his claims against Felder in his individual capacity, the plaintiff essentially concedes

that he is not bringing claims against the defendant in his official capacity. Accordingly,

    **IT IS ORDERED** that the defendant's motion to dismiss (R. 4) is **GRANTED**.

    **IT IS FURTHER ORDERED** that all claims against John Scott Felder in his official capacity are **DISMISSED**.

Signed on  January 12, 2009

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY